■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HUGO MELGURRERO, Appellant. [50 NYS3d 271]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Thomas Farber, J. at plea; Eduardo Padro, J. at sentencing), rendered June 18, 2013, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Friedman, J.P., Renwick, Moskowitz, Feinman and Kapnick, JJ.

■ BONNIE BUCHWALD, Appellant, v SILVERMAN SHIN & BYRNE PLLC et al., Respondents. [50 NYS3d 272]—

Order, Supreme Court, New York County (Nancy M. Bannon, J.), entered or about July 11, 2016, which granted defendants' motion for summary judgment dismissing the complaint, unanimously affirmed, without costs.

Viewing the record in the light most favorable to plaintiff, no triable issues of fact exist as to whether defendant discriminated against plaintiff based on a perceived disability. Defendant's alleged conduct consists of "petty slights or trivial inconveniences" that do not suffice to support a hostile work environment claim under the New York City Human Rights Law (*see Williams v New York City Hous. Auth.*, 61 AD3d 62, 79-80 [1st Dept 2009]). Concur—Friedman, J.P., Renwick, Moskowitz, Feinman and Kapnick, JJ.